UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AUGUSTIN ITZA-CARRILLO, | Case No. 3:18-cv-01687-AA |
| Petitioner, | ORDER |
| v. | |
| RUSSEL BURGER, UNITED STATES MARSHAL, HUGH J. HURWITZ, ACTING DIRECTOR, FEDERAL BUREAU OF PRISONS, AND MICHAEL REESE, MULNOMAH COUNTY SHERIFF, | |
| Respondents. | |

AIKEN, District Judge:

Petitioner moves to voluntary dismiss his Petition for Writ of Habeas Corpus on grounds that he has been released from custody and his petition is now moot. Petitioner's Motion to Dismiss (ECF No. 11) is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 16th day of October, 2018.

_____
Ann Aiken
United States District Judge

1 -   ORDER